UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 50002 |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Sections 1033(b)(1)(A) |
| JAMES J. MARTIN | ) | |

DOCKETED
JAN 10 2005

The UNITED STATES ATTORNEY charges:

1. At all times material to this information:

a. Defendant JAMES J. MARTIN was the president and an owner of a company known as H.L. Todd & Company, Inc. ("H.L. Todd").

b. H.L. Todd was located at 1707 East State Street in Rockford, Illinois.

c. H.L. Todd was licensed to sell insurance in the state of Illinois.

d. H.L. Todd was an independent insurance agency that whose activities affected interstate commerce in that it sold insurance products for several insurance companies, including Auto-Owners Insurance Company ("Auto-Owners"), Benchmark Management ("Benchmark"), Chubb Group ("Chubb"), Erie Insurance Company ("Erie"), Progressive Insurance Company ("Progressive"), Safeco Insurance Company ("Safeco"), Scottsdale Insurance Company ("Scottsdale"), and Travelers Insurance Company ("Travelers"), .

e. For many of the insurance policies it sold, H.L. Todd collected premiums from its customers on behalf of the insurance companies which issued the policies. H.L. Todd was then required to remit to the insurance companies the amounts the companies were due from these premium payments.

f. H.L. Todd occasionally received refunds of premiums for its customers from the customers' insurance companies.

2. At all times material to this indictment, the Illinois Department of Insurance Regulations required that H.L. Todd:

a. maintain a bank account known as a "Premium Fund Trust Account";

b. deposit all premiums received from its customers into its Premium Fund Trust Account;

c. make no withdrawals from its Premium Fund Trust account, except for: (1) payments to insurance companies of the premiums owed to them; (2) returns of premiums to customers; (3) withdrawals of commissions earned by the agency; and (4) withdrawals of non-premium monies or interest;

d. maintain sufficient funds in its Premium Fund Trust Account to pay the premiums due to the insurance companies;

e. remit to the insurance companies all premiums due within the time frame specified by H.L. Todd's contracts with the insurance companies;

f. within fifteen days after receipt, pay those premium refunds to its customers or apply the refunds to the customers' accounts; and

g. if the application of premium refunds created a credit balance in the customer's account, obtain written authorization from the customer to retain a credit balance in their account.

3. From at least April 29, 1996, through May 20, 2002, at Rockford, in the Northern District of Illinois, Western Division,

JAMES J. MARTIN,

defendant herein, being an officer of a person engaged in the business of insurance whose activities affect interstate commerce, namely H.L. Todd, did willfully embezzle, abstract, and purloin premiums held by H.L. Todd, namely:

> a total of $42,488 in premiums that had been paid by H.L. Todd's customers that H.L. Todd was required to remit to insurance companies; and
>
> a total of $201,342 in premium refunds from insurance companies that H.L. Todd was required to remit to its customers.

In violation of Title 18, United States Code, Section 1033(b)(1)(A).

UNITED STATES ATTORNEY

No.:

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

---

UNITED STATES OF AMERICA

vs.

JAMES J. MARTIN

---

## INFORMATION

Violation(s): Title 18, United States Code, Section 1033(b)(1)(A)

---

A true bill,

Foreman

Filed in open court this ______ day of ______________, A.D. 20___

Clerk

Bail, $____________